

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS.  02-12-00442-CR
## 02-12-00443-CR

ASHTON SHAUN MCCARTY                                        APPELLANT
A/K/A  ASHTON SHAWN
MCCARTY

V.

THE STATE OF TEXAS                                                STATE

------------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss."  The motion complies with rule 42.2(a) of the rules of appellate procedure.  *See* Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

42.2(a), 43.2(f). We further grant appellant's unopposed request to accelerate the issuance of mandate. *See* Tex. R. App. P. 18.1(c). The mandate will issue immediately. *See id.*

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 17, 2013